*Lowell M. Birrell* and *Theodore E. Larson* for petitioner. *Joseph Lorenz* for respondent.

No. 1043. MEIGHAN, SUBSTITUTED TRUSTEE, *v.* FINN, TRUSTEE. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Burton C. Meighan, Jr.* for petitioner. *Joseph Lorenz* for respondent.

No. 1033. GILLESPIE *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Harold E. Rorschach* and *Jack L. Rorschach* for petitioner. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Hilbert P. Zarky* for respondent.

No. 1047. McINTOSH *v.* WIGGINS ET AL., EXECUTORS, ET AL. May 6, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Paul Bakewell, Jr.* for petitioner. *Harry W. Kroeger* and *Chas. Claflin Allen* for respondents.

No. 1078. JESKOWITZ *v.* CARTER, TRUSTEE IN BANK-RUPTCY. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Archibald Palmer* for petitioner. *Joseph Glass* for respondent.

No. 1081. GLASSER, TRUSTEE IN BANKRUPTCY, *v.* ROGERS ET AL. May 6, 1946. Petition for writ of cer-